| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jose Marcos Montalvo |
| | dba Motalvo Roofing and Construction |
| | dba Montalvo Roofing |
| | dba Montalvo Enterprises LLC |
| | dba Montalvo Enterprises, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number | 16-70186 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc.

**Court claim no.** (if known): 21-1

**Last four digits** of any number you use to identify the debtor's account: 6450

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | Plan Review    05/17/2016 | (3) | $300.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | Bankruptcy Inspection    05/04/2016 | (10) | $15.00 |
| | | Bankruptcy Inspection    06/02/2016 | (10) | $15.00 |
| | | Bankruptcy Inspection    06/29/2016 | (10) | $15.00 |
| | | Bankruptcy Inspection    08/03/2016 | (10) | $15.00 |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $360.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        Page 1

8335-N-0122

Debtor 1   Jose Marcos Montalvo                Case Number (if known)   16-70186
          First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Signature: /s/ Julian Cotton

Date: 09/09/2016

Print: Julian Cotton
      First Name  Middle Name  Last Name

Title: Authorized Agent for Seterus, Inc.

Company: Buckley Madole, P.C.

Address: 14841 Dallas Parkway, Suite 300
         Number           Street

Dallas, Texas  75254
City       State       ZIP Code

Contact phone: (972) 643-6600

Email: POCInquiries@BuckleyMadole.com

### CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on  September 9th, 2016.

**Debtor**  *Via U.S. Mail*
Jose Marcos Montalvo
1311 E Helmer St.
Pharr, Texas 78577

**Debtors' Attorney**
Antonio Martinez, Jr
Attorney at Law
317 W Nolana
Suite C
McAllen, Texas  78504

**Chapter 13 Trustee**
Cindy Boudloche
555 N Carancahua, Ste 600
Corpus Christi, Texas 78401-0823

**US Trustee**
US Trustee
606 N. Carancahua,
Corpus Christi, Texas  78401

Respectfully Submitted,

/s/ **Julian Cotton**